UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

SABRINA E. HONEYCUTT                                                                  PLAINTIFF

v.                                                                                        NO. 3:18-CV-509-CRS

ANDREW M. SAUL,
Commissioner of Social Security                                                        DEFENDANT

## ORDER

This court has reviewed the Findings of Fact, Conclusions of Law, and Recommendation of the United States Magistrate Judge (the "report") and conducted a de novo review of those portions of the report to which plaintiff Sabrina E. Honeycutt objects, and for the reasons set forth in the memorandum opinion entered herein this date, the objections (DN 29) are **OVERRULED** and the magistrate judge's report (DN 28) is **ACCEPTED AND ADOPTED IN ITS ENTIRETY** and incorporated by reference herein.

March 20, 2020

**IT IS SO ORDERED.**

Charles R. Simpson III, Senior Judge
United States District Court